# EXHIBIT C

**EXHIBIT C**

*This Exhibit compiles representative examples of PSA's public statements about its Grading Credential and the trading card industry operating as a financial marketplace. Plaintiff offers this Exhibit to demonstrate the standardized nature of Defendants' market-facing representations, the scope of those representations in the trading-card market, and the common messaging directed at card collectors and downstream market participants.*

**Part 1 — Grading as a Standardized "Rating" that Creates Marketability, Liquidity, and Tradability**

Defendants' own SEC disclosures frame grading as a market-making function that increases liquidity for buyers and sellers, not merely a hobbyist service. Collectors Universe stated: "We believe that our authentication and grading services add value to these collectibles by enhancing their marketability and thereby providing increased liquidity to the dealers, collectors and consumers that own and buy and sell them." Collectors Universe, Inc., *Annual Report* (*Form 10-K*) at 1 (Aug. 26, 2020), https://www.sec.gov/Archives/edgar/data/1089143/000149315220016754/form10-k.htm (last visited July 16, 2026) (stating grading enhances marketability and provides increased liquidity to all market participants). Collectors Universe also represented that PSA's grading "improved the overall marketability of and facilitated commerce in trading cards," and described how third-party grading enabled assets to be traded "sight-unseen." *Id. at 4.*

The same "marketability" and "liquidity" language appears in the company's earlier annual filings, confirming a pattern across multiple reporting periods and not merely a one-time disclosure. Collectors Universe stated in its FY 2017 Form 10-K that it believes "our authentication and grading services have removed barriers that were created by the historical seller-biased grading process and, thereby, have improved the overall marketability of and facilitated commerce in trading cards, including over the Internet and at telephonic sports memorabilia auctions," and that certified coins "were able to be traded 'sight-unseen'" after PCGS was launched. Collectors Universe, Inc., *Annual Report* (*Form 10-K*), at 5 (Aug. 31, 2017), https://www.sec.gov/Archives/edgar/data/1089143/000143774917015491/clct20170630_10k.htm (last visited July 16, 2026) (recurring SEC disclosure that third-party grading enables sight-unseen trading and removes barriers to marketability, appearing across multiple fiscal years). The company's stated mission in the same filing was expressly to "increase the values and liquidity of high-value collectibles" and to "enable and facilitate transactions." *Id.* at 6 (stating that increasing the "values and liquidity of high-value collectibles" and enabling transactions were core corporate mission objectives).

PSA's own marketing reinforces that its grade functions as a universal market standard. On their website, PSA states that it "has established [a] recognized and respected universal grading standard for trading card collectors," and that their graded card price guide "has enhanced stability in the marketplace for both collectors and dealers alike." PSA, *Official Trading Card Grading Service*, https://www.psacard.com/services/tradingcardgrading (last visited July 16, 2026) (representing that PSA has established a universal market standard and that its price guide delivers market-wide stability). PSA also represents that "[c]ards authenticated and graded by

1

PSA achieve amazing prices at auction," directly tying PSA certification to auction-market value. *Id.*

PSA further represents that PSA certification produces a market-price premium. On its Price Guide page, PSA states: "The clear benefit of having your items certified by PSA is because, generally speaking, items certified by PSA tend to sell for more — sometimes significantly more — than those that are not." PSA, *Trading Card Values—PSA Price Guide*, https://www.psacard.com/priceguide (last visited July 16, 2026) (representing that PSA certification creates a price premium over uncertified cards).

PSA has also advertised its grading service under the headline "2x Value Happens Here." PSA states: "Data shows that collectors want your cards graded by PSA, and they're ready to pay a premium," and represents that, within a sample set, "PSA cards sell for more than the named competitors 9 out of 10 times." PSA, *2x Value Happens Here*, https://www.psacard.com/info/grading-value (last visited July 16, 2026) (marketing PSA grading as producing a measurable resale premium and representing that PSA-graded cards outperform cards graded by identified competitors in nine of ten sampled comparisons).

PSA separately markets grading as a source of "market liquidity." On its grading-submission page, PSA states: "Whether for collection uniformity or market liquidity, PSA is the hobby's #1 option for authentication and grading." PSA, *Grading*, https://www.psacard.com/info/grade (last visited July 16, 2026) (expressly identifying "market liquidity" as a reason consumers should purchase PSA authentication and grading services). PSA further explains that a customer's declared value "reflects a card's worth after authentication and grading," thereby directing customers to value submitted property according to its anticipated post-grading value. *Id.* (directing customers to declare a card's value by reference to what it will be worth after PSA authentication and grading).

PSA also tells consumers that its grading output becomes part of a daily-updated population database that records scarcity by grade. PSA describes the PSA Population Report as an "online record of all PSA-certified trading cards, tickets, packs, coins and pins in today's marketplace," and states that the tool retrieves "current population figures." PSA, Search | PSA Population, https://www.psacard.com/pop (last visited July 6, 2026) (describing the Pop Report as a live database of all PSA-certified items providing current market scarcity data). PSA separately describes the Population Report as providing "an exact count of each item graded, from PSA 1-10," with "category summaries" and daily updates. PSA, *PSA Population Report*, https://www.psacard.com/Pop (last visited July 16, 2026) (stating the Pop Report supplies exact grade-level counts updated daily). Thus, PSA does not merely assign a grade; it publishes the number of assets bearing each grade, converting the grade into a standardized scarcity signal used by the market.

PSA further teaches consumers that grade-relevant condition operates as a direct input into market value. PSA states: "In today's trading card market, condition is a core component of value," and explains that mint-condition cards generally are worth more than cards with centering problems, damaged corners, creases, or other defects. PSA, *What Are Your Trading Cards Worth?*, https://www.psacard.com/cardvalue (last visited July 16, 2026) (characterizing

2

card condition—the subject measured and standardized by PSA's grading service—as a "core component" of value in the trading-card market).

PSA has directly told its customer base that the PSA grade has become synonymous with market valuation itself, not merely with physical condition. In a March 2021 customer update, PSA stated: "Validation of this fact can be seen in today's market with PSA being synonymous with market valuations. Phrases like 'what's that in a PSA 10?' and 'what does it go for in a PSA 9?' are common shorthand to quickly determine market values." PSA, *PSA Customer Update – March 2021*, https://www.psacard.com/articles/articleview/10345/psa-customer-update-march-2021 (last visited July 16, 2026) (PSA representing to its customer base that its grades have become the universal shorthand for market value determination). PSA further stated in the same communication: "The wider the PSA network of collectors grows, the greater the opportunity for liquidity and commerce for your trading cards and collectibles. The hobby can flourish online, specifically in sight-unseen marketplaces, when there is a universal grading standard." *Id.* (PSA describing its grade as the infrastructure enabling sight-unseen liquidity and commerce in a network-effect market).

Nat Turner, Executive Chairman of Collectors Universe following its acquisition, stated at the time of purchase that "[t]he collectibles markets require scalable, modern infrastructure to support the maturation of the industry, increasing value of collectibles, and substantial demand for grading and authentication services." Press Release, Collectors Universe, *Investor Group Led by Nat Turner Completes Acquisition of Collectors Universe* (Feb. 22, 2021 at 09:00 ET), https://www.businesswire.com/news/home/20210222005284/en/Investor-Group-Led-by-Nat-Turner-Completes-Acquisition-of-Collectors-Universe (Collectors' new controlling shareholder framing grading as "modern infrastructure" supporting the "maturation" of the collectibles industry and the "increasing value" of collectibles).

Collectors Universe's corporate mission as stated in its Form 10-K was expressly to provide services that "increase the values and liquidity of high-value collectibles" and to "generally enhance interest, activity and trading in high-value collectibles." Collectors Universe, Inc., *Annual Report* (*Form 10-K*), at 6 (Aug. 31, 2017), https://www.sec.gov/Archives/edgar/data/1089143/000143774917015491/clct20170630_10k.htm (last visited July 16, 2026) (SEC-filed mission statement explicitly identifying increasing asset values, increasing liquidity, and enhancing trading as the company's core corporate purposes).

Third-party financial media has likewise framed Collectors/PSA's authentication role as analogous to financial-market rating infrastructure, stating that authenticators have become "an indispensable part of the market," "not all that different from . . . Moody's credit ratings for corporate borrowers." Brett Knight, *The Sports Card Industry Is Having A Tech Revolution, And This Company Wants To Lead The Charge*, Forbes (May 10, 2022, at 10:36 ET), https://www.forbes.com/sites/brettknight/2022/03/30/collectors-psa-trading-cards/ (Forbes comparing PSA's authentication role to Moody's credit ratings as essential financial market infrastructure).

Independent market analysts have gone further, describing PSA's grading scale as the foundational financial instrument that converts cards into a tradable asset class. One venture-

capital market analysis stated: "[T]he grading scale is what makes the asset class function. Without it, you have no comps, no lending, no digital repacks, no derivatives. With it, you have all four." Yash Gupta & Kushaan Ahuja, *Collectibles: A Remarkably Durable Asset Class*, Will Ventures (May 2026), https://www.willventures.com/blog/collectibles-a-remarkably-durable-asset-class (venture capital analyst identifying grading scale as the essential financial instrument enabling comparables, lending, derivatives, and digital repacks). The same analysis observed that "PSA's grading scale is universally accepted" and that PSA "has quietly evolved from a simple grading company into the trust, data, and infrastructure layer that underpins the financialization of cards." *Id.* (describing PSA as having evolved into financial infrastructure underlying the financialization of the card market).

The Will Ventures analysis—sourced from the firm's Substack publication—provides the full and complete source text, confirming that the analysis explicitly states: "The asset class has moved from 'I think this is worth something' to 'I know exactly what this is worth right now,'" and that "[c]ards are the first collectible category where all four pieces exist simultaneously." Yash Gupta & Kushaan Ahuja, Collectibles: A Remarkably Durable Asset Class, Will Ventures (May 6, 2026), https://willventures.substack.com/p/collectibles-a-remarkably-durable (same analysis available at archival Substack URL, confirming all quotations and providing the full context of the four-part financial infrastructure framework: standardized authentication, reliable price discovery, custody/provenance, and financing).

A Congressman writing to the FTC also publicly characterized Collectors' grading business as "essential market infrastructure" for a financial ecosystem: "The collectibles industry has evolved from a niche hobby into a sophisticated asset class, where the financial value of an item is inextricably tied to its 'grade' or certified condition. Third-party grading serves as the essential market infrastructure for this industry, providing the objective authentication and preservation that enables liquidity and price discovery." Letter from Rep. Pat Ryan to Andrew N. Ferguson, Chairman, Fed. Trade Comm'n (Dec. 19, 2025), https://patryan.house.gov/sites/evo-subsites/patryan.house.gov/files/evo-media-document/collectors-holdings-letter-12.18.25.pdf (last visited July 16, 2026) (congressional letter to FTC describing Collectors' grading operation as "essential market infrastructure" that "enables liquidity and price discovery" in an asset class where "financial value of an item is inextricably tied to its 'grade'").

### Part 2 — PSA Price Guide and Auction Prices Realized as Price Discovery ("Market Value" References)

PSA publicly holds out its pricing tools as market-value references designed to support transaction decisions. PSA markets their price guide as "the most comprehensive price guide in the hobby" and that with a subscription, customers can receive a monthly price guide that "tracks market prices and provides insightful collecting commentary." PSA, *Trading Card Values—PSA Price Guide*, https://www.psacard.com/priceguide (last visited July 16, 2026) (representing that the Price Guide supplies "current market values" and tracks market prices to support buying and selling decisions).

PSA also represents that its integrated research products provide "accurate pricing information" for vintage and modern cards. PSA directs consumers to its Price Guide, which it describes as

regularly updated by hobby experts and containing prices for "the most active cards in the marketplace." PSA, What Are Your Trading Cards Worth?, https://www.psacard.com/cardvalue (last visited July 13, 2026) (representing that PSA supplies accurate and regularly updated pricing information for actively traded cards in the secondary market).

PSA likewise instructs consumers to determine value through recent transaction comparables. Its valuation materials direct users to Auction Prices Realized and explain that the "most recent auction activity" from major auction platforms will be displayed and may be filtered by date, price, and grade. *Id*. (directing consumers to use recent auction transactions, filtered by PSA grade and other variables, as comparables for determining card value).

PSA's consumer-education funnel expressly joins grading and valuation. PSA asks consumers whether a card is "raw or graded," directs owners of raw cards to compare their cards against PSA's numbered grading standards, and then directs them to PSA's regularly updated Price Guide and grade-filterable auction results to determine value. *Id*. (integrating PSA's condition scale, market-price guide, and realized-auction database into a single process for determining the market value of trading cards).

PSA also describes its Price Guide as the official PSA-certified market reference. PSA states that "PSA Price Guide is the only official price guide for PSA-certified collectibles" and "the most comprehensive price guide in the hobby." PSA, Trading Card Values—PSA Price Guide, https://www.psacard.com/priceguide (last visited July 6, 2026) (designating the Price Guide the sole official price guide for the PSA-certified market). PSA further represents that the Price Guide contains "over 400,000 prices" across sports and non-sports trading cards, autographs, unopened packs, tickets, professional model bats, and graded baseballs. *Id.*

PSA expressly tells consumers its pricing data reflects realized transaction value, not subjective estimates. PSA states: "Every issue contains card prices based on established price histories," that "[n]o subjective pricing surveys or price ranges of ungraded cards are ever included," and that "[t]his means that our prices more accurately reflect what you will realize when you sell or buy PSA graded sports cards." *Id*. (representing that Price Guide prices are based on realized transaction histories, not subjective estimates, and more accurately predict what sellers will realize).

PSA likewise markets its Auction Prices Realized product as market data. PSA states: "These realized prices serve as crucial references for assessing the market value of these collectibles." PSA, Auction Prices Realized, https://www.psacard.com/auctionprices (last visited July 6, 2026) (PSA representing that APR prices are "crucial references" for assessing "market value"). PSA further states that APR gives users access to "over 5 million auction results from leading platforms like eBay, Goldin, and more," and allows users to "[s]tay ahead of market fluctuations" through "daily updates to auction price data." *Id.*

PSA also emphasizes reliability and data integrity in its market-data product. PSA states that users can "[r]ely on auction results meticulously verified, with customer feedback promptly addressed to ensure data integrity." Id. (representing that auction result data is meticulously verified for integrity).

5

PSA further integrates price, grade, population, and auction data into item-level market pages. PSA's Auction Prices Realized materials state that collectors can "instantly access comprehensive auction results" that can be "sorted by PSA grade," including "population numbers and price guide listings." PSA, Massive Database of Auction Results Unlocked, Free to Collectors, https://www.psacard.com/articles/articleview/9416/massive-database-auction-results-unlocked-free-collectors (last visited July 6, 2026) (PSA announcing that its unified platform integrates auction results, population numbers, and price guide data by grade). PSA also states that each "Subject" page includes "Sports Market Report pricing information, PSA Population reports, related Set Registry sets and the related CardFacts page," confirming that PSA combines transaction prices, population scarcity, and registry demand in one market-data ecosystem. *Id.*

PSA's CardFacts pages present "Prices By Grade" tables that list, by grade, "Most Recent Price," "Average Price," "PSA Price," "Population," and "POP Higher." PSA, 1911 T9 Turkey Reds Stanley Ketchel (Checklist Back) | PSA CardFacts®, https://www.psacard.com/cardfacts/boxing-cards/1911-t9-turkey-reds/stanley-ketchel-checklist-back-67/18527 (last visited July 6, 2026) (PSA publishing grade-level price tables that combine most-recent transaction price, average price, PSA-assigned price, total population, and higher-grade population scarcity). Those disclosures make PSA's market-data function concrete: PSA publishes grade-level transaction prices, average prices, assigned PSA prices, total population, and higher-grade population in a format designed to inform valuation. PSA, 1984 Topps Checklist 1-132 | PSA CardFacts®, https://www.psacard.com/cardfacts/football-cards/1984-topps/checklist-1-132-394/12238 (last visited July 6, 2026) (additional example of PSA CardFacts page showing "Prices By Grade" data table with market value, population, and scarcity metrics).

PSA's own publications have expressly described graded cards as existing within an "emerging asset class," framing collectible loans and price data in the same terms as traditional financial assets. A PSA-published article from December 2021 stated: "As secondary-market values of trading cards continue to skyrocket, an alternate opportunity has presented itself for collectors looking to capitalize on the valuations of this emerging asset class without liquidating their collections." PSA, *Defining Collateralized Loans* (Dec. 29, 2021), https://www.psacard.com/articles/articleview/10574/defining-collateralized-loans (last visited July 7, 2026) (PSA publication describing trading cards as an "emerging asset class" whose "secondary-market values" can be "capitaliz[ed]" through collateralized loans as an alternative to liquidation). The same article, published on the PSA website, included a quote from a lender stating: "'Stocks, bonds and real estate comprise your three traditional asset classes. . . . But a number of other assets have emerged over the last several years that broadly defined those asset classes. One of the most significant has been trading cards.'" *Id.* (PSA hosting a quote equating trading cards to traditional financial asset classes, including stocks, bonds, and real estate).

PSA also added a professional appraisal service with the express purpose of providing "market valuation" for individual cards and entire collections, reinforcing the financial-asset framing. PSA stated that its new appraisal service "will finally answer the crucial question, 'What's it worth?'" and described the function as providing "an accurate market valuation of a single item or an entire collection." PSA, *PSA Adds New Appraisal Service to Its Core Authentication and Grading Options* (Sept. 28, 2020), https://www.psacard.com/articles/articleview/10233/psa-adds-

6

new-appraisal-service-its-core-authentication-grading-options (last visited July 7, 2026) (PSA announcing appraisal service for obtaining accurate "market valuation" of individual cards or entire collections).

Independent market analysts have credited exactly this pricing infrastructure with converting cards into a liquid, transparent asset class, stating that "CardLadder and similar companies give collectors real-time comps on almost any card," and that "[t]he asset class has moved from 'I think this is worth something' to 'I know exactly what this is worth right now.'" Will Ventures, Collectibles: A Remarkably Durable Asset Class, https://www.willventures.com/blog/ collectibles-a-remarkably-durable-asset-class (last visited July 6, 2026) (market analyst crediting PSA's and Card Ladder's pricing infrastructure with producing asset-class-level price discovery).

**Part 3 — Card Ladder Indexes as Market Benchmarking (S&P 500 Analogy; Portfolio Forecasting)**

Card Ladder—owned by Collectors—uses explicit public-markets language to describe card pricing and performance. Card Ladder states: "'Indexes' describe the market performance for a given set of cards similar to the S&P 500," and explains that its software uses those indexes to "generate estimated values" and to "predict" how a card in a user's collection will move based on index performance. Card Ladder, *What are Indexes?*, https://cardladder.zendesk.com/hc/en- us/articles/11943014102167-What-are-Indexes (last visited July 16, 2026) (Collectors-owned Card Ladder using S&P 500 analogy to describe market-performance indexes, and representing that the tool generates estimated values and predicts collection movements).

Card Ladder further markets index tools as a way to measure directional market movement. It tells users to "[c]heck out the CL50 index to gauge where the market is moving." Card Ladder, CL50, https://www.cardladder.com/indexes/cl50index (last visited July 16, 2026) (Card Ladder marketing its CL50 index as a market-movement gauge). *See also* Card Ladder, *Indexes*, https://www.cardladder.com/indexes (last visited July 16, 2026) (inviting users to "[r]esearch specific markets within the hobby to gauge where the market is moving").

PSA's Set Registry supplies another market-supporting mechanism by encouraging collectors to track inventory, cost, and population data for PSA-graded cards. PSA states that the Set Registry enables users to "track your inventory, costs and populations," "build and update sets," and "enjoy friendly competition." PSA, Set Registry Information, https://www.psacard.com /psasetregistry/information (last visited July 16, 2026) (PSA representing that the Set Registry allows users to track inventory, costs, and scarcity data). PSA's Set Registry page also links the Registry directly to PSA's pricing and scarcity tools, identifying the PSA Price Guide as "[t]he official price guide for PSA-certified collectibles" and the PSA Pop Report as "[r]ecords for all cards, tickets, packs, coins and pins graded by PSA." PSA, PSA Set Registry, https://www.psacard.com/psasetregistry/ (last visited July 16, 2026) (PSA integrating the Registry with official price guide and population report).

PSA's Set Registry Rules further confirm that the Registry is designed to create competitive pressure around graded-card ownership. PSA states that certain functionality "will add another layer of competition within the Registry." PSA, PSA Set Registry Rules,

7

https://www.psacard.com/psasetregistry/rules (last visited July 16, 2026) (PSA confirming Set Registry features are designed to intensify competitive pressure around ownership of graded cards). These statements support the market-benchmarking theory because PSA publicly combines ranked ownership, inventory tracking, cost tracking, population scarcity, and official price data into a competitive graded-card ecosystem.

Collectors' integration of Card Ladder into the PSA ecosystem strengthens the inference that Defendants treat card values as trackable market assets. PSA's eBay integration announcement states that the PSA app would provide "real-time tracking of any item's value, via recent transactions and utilizing PSA's pricing data," while eBay listings would integrate "real-time transaction data and PSA Population Report data" to provide buyers information about "rarity, grading distribution and importantly, pricing." Collectors, *Collectors and eBay Transactions Close, Summer Launch Expected for Integrated, End-to-End Hobby Experience*, https://www.psacard.com/articles/articleview/11059/collectors-and-ebay-transactions-close-summer-launch-expected-for-integrated (last visited July 16, 2026) (Collectors announcing real-time value tracking and integrated population/pricing data in buyer-facing eBay listings).

Collectors expressly described the trading card and sports memorabilia category as "firmly considered an alternative investment class by both hobbyists and investors." Nat Turner, Executive Chairman of Collectors Universe, stated at the announcement of the Wata Games acquisition: "Collectibles across categories, including trading cards and sports memorabilia, are now firmly considered an alternative investment class by both hobbyists and investors." Press Release, Collectors, *Collectors Universe Expands Into Video Game Authentication & Grading with Acquisition of Wata Games* (July 14, 2021, at 09:03 ET), https://www.businesswire.com/news/home/20210714005598/en/Collectors-Universe-Expands-Into-Video-Game-Authentication-Grading-with-Acquisition-of-Wata-Games (Nat Turner, Executive Chairman of Collectors Universe, publicly stating that trading cards and sports memorabilia are "firmly considered an alternative investment class"). The same announcement described Collectors' mission as providing "every hobbyist and alternative investor with the best customer experience, tools and information available," confirming that Defendants' own definition of their target market included "alternative investors." *Id.* (Collectors Universe defining its customer base as including "alternative investors" in a press release announcing corporate expansion).

The same announcement stated that Wata's objective ten-point grading process had "elevated" the collectible-video-game market, "enabled the industry to grow quickly," and was associated with record-setting sale prices. *Id*. (attributing market expansion and record transaction prices to trusted, standardized third-party grading in a collectibles category that Collectors expressly compared to trading cards and sports memorabilia).

Collectors' official corporate boilerplate, as used across multiple press releases, has consistently described the company as providing "hobbyists and alternative asset investors with best-in-class products, tools and services that power the collectibles industry." *See, e.g.*, Press Release, Collectors, *Collectors Vault Provides Grading, Marketplace & Secure Storage in One Platform* (July 20, 2022, at 09:00 ET), https://www.businesswire.com/news/home/20220720005176/en/Collectors-Vault-Provides-Grading-Marketplace-Secure-Storage-in-One-Place (Collectors' standard press release boilerplate identifying "alternative asset investors" as a distinct customer

category); Press Release, *Goldin Launches Industry's Only One-Stop-Shop Marketplace for Cards & Collectibles* (Jan. 17, 2023, at 11:21 ET), https://www.businesswire.com/news/home/20230117005874/en/Goldin-Launches-Industrys-Only-One-Stop-Shop-Marketplace-for-Cards-Collectibles (Collectors' boilerplate repeating that the company serves "hobbyists and alternative asset investors"); Press Release, Collectors, *Collectors Raises $100M Financing Round* (Mar. 30, 2022, at 09:00 ET), https://www.businesswire.com/news/home/20220329006052/en/Collectors-Announces-New-$100-Million-Financing-Round (same "alternative asset investors" language in the $100M financing announcement).

Collectors also described its consolidated platform as combining "authentication and grading services (PSA, PCGS, WATA), marketplace and auction platforms (Goldin, CollectorsCorner) and collectibles research tools (Card Ladder)." Id. (describing an integrated Collectors-controlled ecosystem combining grading, marketplaces, auctions, and market-research tools). Collectors further announced that its Vault would enable customers to move collectibles directly from PSA authentication and grading into secure custody, while explaining that the collectibles industry had undergone a "renaissance" as participation by "alternative investors" increased. *Id*. (linking PSA grading directly to custody while identifying alternative-investor demand as a driver of collectibles-market growth).

The Collectors Vault launch announcement by CEO Nat Turner confirmed that the market-timing and investor-focused function of the Vault was a deliberate product design choice, not incidental language. Turner stated at the July 2022 Vault launch: "Some people want to build collections over years that have deep personal meaning while others are looking for the agility to time the market and quickly buy, sell, and trade items." Press Release, Collectors, *Collectors Vault Provides Grading, Marketplace & Secure Storage in One Platform* (July 19, 2022), https://www.businesswire.com/news/home/20220720005176/en/Collectors-Vault-Provides-Grading-Marketplace-Secure-Storage-in-One-Place (CEO Nat Turner expressly describing the Vault as designed for users "looking for the agility to time the market," confirming market-timing is a deliberate use case for the integrated grading and custody platform).

Market analysts have expressly credited this data layer with functioning as the price-discovery mechanism required for an asset class, explaining that "reliable price discovery" is one of the four essential pieces of financial infrastructure—alongside "standardized authentication," "custody and provenance," and "financing"—that determine whether a collectibles category "becomes a real asset class." Yash Gupta & Kushaan Ahuja, *Collectibles: A Remarkably Durable Asset Class*, Will Ventures (May 2026), https://www.willventures.com/blog/collectibles-a-remarkably-durable-asset-class (venture capital analysis identifying price discovery as one of four essential financial infrastructure components required for an asset class to function). The same source states that "[c]ards are the first collectible category where all four pieces exist simultaneously," and that monthly trading volume is "roughly 50x what it was in 2018." *Id.*

**Part 4 — PSA Vault + Partner Offers + eBay Integration as Custody, Portfolio Management, and Liquidity/Execution**

Collectors describes itself as a "leading provider of grading and marketplace services in the collectibles industry." Collectors, *Collectors to Acquire Beckett* (Dec. 15, 2025),

https://www.collectors.com/company-announcement (Collectors describing its corporate identity as a combined grading and marketplace services provider). Collectors further states that it provides products and services that allow hobbyists to "grade, authenticate, research, vault and sell their trading cards, memorabilia and other items." *Id.* Collectors also identifies PSA, PCGS, SGC, and Card Ladder as Collectors "divisions and subsidiaries," confirming that grading, market-data, index, vaulting, and selling functions are housed within a single Collectors-controlled ecosystem. *Id.*

PSA markets custody and portfolio-management functionality in explicitly financial terms. PSA states: "Items are 100%-insured in a modern, climate-controlled facility with 24/7 security and asset management," and the PSA Vault interface includes portfolio-like metrics including "ITEMS VAULTED," "TOTAL VALUE," and "VAULTED & SOLD." PSA, PSA Vault, https://www.psacard.com/info/psa-vault (last visited July 16, 2026) (PSA Vault marketing using financial-portfolio metrics—total value, items vaulted, vaulted and sold—alongside "asset management" language to describe custody services).

PSA also markets trade-execution tools from custody. PSA states that users can "[c]reate eBay listings in seconds from your PSA Vault," "choose the day that your auctions or Buy It Now listings go live," and "stay hands-free from there." *Id.* (PSA offering seamless, hands-free listing and execution from the custody environment). PSA further states that "[l]isting, imaging, packaging, shipping" are "all handled on your behalf," and that funds are sent to the user's account through Stripe. *Id.*

PSA's Vault page states that "Buy It Now" allows Vault users to list graded cards on eBay at a fixed price, "enabling buyers to purchase cards instantly without participating in an auction or bidding process." *Id.* (PSA offering fixed-price instant-purchase listings from custody, describing fixed-price, instant-purchase execution directly from PSA custody). PSA further states that Buy It Now Offers allow potential buyers on eBay to send offers on PSA Vault items, and that a seller may "accept, decline, or let the offer expire." *Id.* These statements strengthen the liquidity/execution theory because PSA is not merely storing cards; it is hosting sale listings, routing fixed-price sales, routing offers, processing payouts, and allowing consumers to convert vaulted graded cards into cash through PSA's integrated eBay channel.

PSA expressly describes Vault consignment as entrusting PSA with sale execution. PSA states: "Consigning your card means entrusting PSA to market, sell, ship, and collect payment on your behalf," and further represents that "PSA will create and host your listing on its eBay storefront, with marketable item details and photography attracting buyers who value the PSA name." *Id.* (PSA describing consignment as entrusting execution and payment collection to PSA on the customer's behalf).

PSA further markets instant liquidity through a built-in buyer network. PSA states: "Receive real-time PSA Partner Offers from PSA's vetted network — no listings required," and that users can "tap to accept, and lock in a guaranteed sale," with "[p]ayment . . . processed instantly and arriv[ing] in 1–3 business days, with zero fees." *Id.* (PSA marketing instant guaranteed liquidity through an embedded buyer network, describing a real-time, guaranteed-sale mechanism through an embedded network of vetted buyers). *See also* PSA, *Instant Cash Offers on Graded Cards*,

https://www.psacard.com/info/psa-partner-offers (last visited July 16, 2026) ("Accept with one tap. Funds initiate instantly with no fees.").

PSA's Partner Offers page confirms that the liquidity product is built directly into the grading/vaulting pipeline. PSA states: "All PSA-graded cards in your vault are eligible for PSA Partner Offers and eBay consignment," and that "PSA Partner Offers gives you a fast, collector-first way to sell that's built directly into the grading and vaulting experience." PSA, Instant Cash Offers on Graded Cards, https://www.psacard.com/info/psa-partner-offers (last visited July 16, 2026) (PSA describing Partner Offers as a liquidity mechanism built into the grading pipeline itself). PSA further states that "[l]ocal card shops and verified dealers in the PSA Partner Network are always looking for graded card inventory" and that, through Partner Offers, "cards are allocated to fill their specific requests." *Id.*

Collectors launched an explicit financial-services business—separately branded "Collectors Financial Services"— in 2024, which offers asset-based lending against graded collectibles vaulted with PSA. Collectors' lending page states that the company offers "[f]lexible capital solutions designed for collectors, investors, and institutions" and describes its financial services as providing: "specialized lending solutions tailored to high-value assets… for collectors, investors, and institutions seeking alternative financing." Collectors, *Financial Services*, https://www.collectors.com/lending (last visited July 16, 2026) (Collectors offering institutional-grade "asset-based financing solutions" targeting "collectors, investors and institutions" to allow leverage of vaulted collectibles without liquidation). The same page states that Collectors provides "[s]tructured financing from $200,000 to $10,000,000" and offers "[s]eamless Pre-Sale Financing" to "[o]btain immediate liquidity while awaiting optimal market conditions to sell your assets"—language that is functionally identical to margin lending or pre-sale bridge financing used in traditional financial markets. *Id.* (Collectors offering pre-sale financing at $200K–$10M loan sizes, with language describing holding assets pending "optimal market conditions," indistinguishable from margin lending against financial assets).

Collectors confirmed its status as a lender to "alternative asset investors" in its $125 million revolving credit facility announcement. Collectors' own description in the press release announcing the J.P. Morgan credit facility described the company as providing "hobbyists and alternative asset investors with best-in-class products, tools and services that power the collectibles industry." Press Release, Collectors, *Collectors Closes $125M Revolving Line of Credit with J.P. Morgan, KeyBanc Capital Markets Inc. and California Bank & Trust* (Apr. 12, 2023, at 09:00 ET), https://www.businesswire.com/news/home/20230412005244/en/Collectors-Closes-$125M-Revolving-Line-of-Credit-with-J.P.-Morgan-KeyBanc-Capital-Markets-Inc.-and-California-Bank-Trust (Collectors self-describing as a financial services provider to "alternative asset investors" in a press release for a nine-figure institutional credit facility co-led by J.P. Morgan). Additionally, a J.P. Morgan executive stated: "The Collectors team has built a best-in-class business leading the path forward in the collectables segment." *Id.* (J.P. Morgan senior banker affirming Collectors' institutional financial market standing in the collectibles segment).

Collectors' and PSA's own eBay integration announcement describes an "end-to-end" transaction stack that combines grading, custody, transaction data, and pricing data to support buying/selling decisions and liquidity. Collectors stated the partnership would "unlock[] new markets," support

11

"streamlined buying, grading, storing and selling," provide "real-time tracking of any item's value . . . utilizing PSA's pricing data," and "integrate real-time transaction data and PSA population data directly into listings" to support "smarter buying, selling and trading decisions." Collectors, *Collectors and eBay Transactions Close, Summer Launch Expected for Integrated, End-to-End Hobby Experience* (May 16, 2024), https://www.psacard.com/articles/articleview /11059/collectors-and-ebay-transactions-close-summer-launch-expected-for-integrated (Collectors describing an end-to-end grading, custody, pricing, and execution pipeline that enables real-time value tracking and smarter market decisions).

Collectors CEO Nat Turner expressly described the integrated PSA/eBay/Vault product as enabling instant market access after grading. Turner stated: "Reducing friction for hobbyists at every step in the collecting journey is always a key goal of ours," and described "the idea of being able to grade a card with PSA, then utilize the vault to either store it securely or make it available to other collectors on eBay in an instant" as "a major win for everyone who participates in this hobby." *Id.* (CEO describing the grading-to-vault-to-eBay pipeline as friction-reducing instant-liquidity infrastructure).

Executives have also publicly described PSA Vault in market-timing and investor-liquidity terms. PSA President Ryan Hoge stated the Vault allows customers to "time the market," and that PSA expects innovations around "liquidity solutions" for customers "focused on investment." Yahoo Finance, *Sports Trading Cards: One Business Helping Collectors Buy & Sell* (Jan. 12, 2025), https://finance.yahoo.com/video/sports-trading-cards-one-business-190037851.html (PSA President using "time the market" and "liquidity solutions" language to describe Vault product for "investment"-focused customers).

Collectors also published articles through PSA expressly describing trading cards as eligible collateral for traditional financial loans, using language equating the card market to other established investment markets. One PSA article quoted a lender comparing trading cards directly to stocks, bonds, and real estate: "[S]tocks, bonds and real estate comprise your three traditional asset classes. . . . One of the most significant [emerging asset classes] has been trading cards." Terry Melia, *Defining Collateralized Loans*, PSA (Dec. 30, 2021), https://www.psacard .com/articles/articleview/10574/defining-collateralized-loans (PSA hosting and publishing third-party market commentary that expressly equates graded trading cards to stocks, bonds, and real estate as an emerging asset class; also noting that "only collectibles certified by a division of Collectors Universe" qualified for collateralized lending under Collectors Finance Corporation's program). Collectors Finance Corporation (CFC), an affiliated lending entity of Collectors Universe, had historically offered collateralized loans exclusively on items certified by Collectors' grading subsidiaries—PSA, PCGS, and PSA/DNA—linking the grading certification directly to financial collateral eligibility. *See also* PCGS, *Collectors Finance Corp. Offers Collectors, Dealers New Lending Services with First State Depository* (Jan. 22, 2007), https://www.pcgs.com/news/collectors-finance-corp-offers-collectors-dealers-new-lending-services-with (PCGS news release confirming that "[o]nly collectibles certified by a division of Collectors Universe can qualify for a loan and storage" under Collectors Finance Corporation's loan program, establishing that PSA certification was a prerequisite for access to credit).

Finally, Collectors has publicly positioned its corporate strategy in "alternative investors"/macro-market terms. Collectors Holdings stated that it develops tools and services enabling participation by "alternative investors," and that "[t]he collectibles market is now valued at more than $400 billion in annual transactions." *Collectors Holdings Acquires Goldin Auctions, Auction Report* (July 1, 2021), https://www.auctionreport.com/collectors-holdings-acquires-goldin-auctions/ (Collectors Holdings describing the $400 billion collectibles market and its mission to serve "alternative investors"). Independent market analysis corroborates that framing, stating that PSA and its custody/vaulting infrastructure represent the "financial plumbing" that has "caught up" to card demand, and that "[c]ards are increasingly treated like a real asset class because" of that infrastructure. Yash Gupta & Kushaan Ahuja, *Collectibles: A Remarkably Durable Asset Class*, Will Ventures (May 2026), https://www.willventures.com/blog/collectibles-a-remarkably-durable-asset-class (independent analyst describing PSA's infrastructure as the "financial plumbing" that converted cards into an asset class).

13