# EXHIBIT D

**EXHIBIT D**

*This Exhibit compiles representative examples of PSA's public statements about its grading services from various sources including website pages, submission tools, support materials, guarantee language, and related communications. The materials show that PSA repeatedly described its grading as expert, objective, standardized, impartial, reliable, and authoritative, and that those descriptions were disseminated in materially similar form across channels and over time. Plaintiff offers this Exhibit to demonstrate the standardized nature of Defendants' market-facing representations, the scope of those representations in the trading-card market, and the common messaging directed at card collectors and downstream market participants.*

## I. Experts / expertise

*See PSA's Grading Guide*, PSA, https://www.psacard.com/info/get-started (last visited July 14, 2026) ("Looking at these cards, you might not be able to tell the differences, but our expert graders can. They assess every detail of every card, including those not visible to the naked eye.");

*Online Submission Center*, PSA, https://www.psacard.com/submit (last visited July 14, 2026) ("Backed by leading expertise and the industry's best customer guarantee, more collectibles are submitted to PSA today than any other authenticator.");

*Grade Explanation*, PSA (Apr. 7, 2026), https://support.psacard.com/s/article/grade-explanation ("the final grade assigned is at the discretion of our expert graders"); *About PSA*, PSA, https://www.psacard.com/info/ about-psa (last visited July 14, 2026) (stating that PSA is "the foremost authentication and grading authority for trading cards and memorabilia globally," is "backed by leading expertise," and invites media to seek "a collectibles expert's insight");

1

*Additional Services*, PSA, https://www.psacard.com/services/additionalservices (last visited July 14, 2026) (describing "authentication and grading by the industry's most reputable experts at PSA");

*Grader Notes*, PSA (July 19, 2025), https://support.psacard.com/s/article/grader-notes (stating that Grader Notes detail flaws identified by "PSA experts" during the grading process);

*What types of items does PSA grade?*, PSA (Jan. 26, 2026), https://support.psacard.com/s/article/what-types-of-items-does-psa-grade (stating that PSA brings "over three decades of expertise," "the world's finest authenticators and graders," and "an adept research department");

*Specialists*, PSA, https://www.psacard.com/specialists (last visited July 14, 2026) (identifying PSA specialists and describing grader expertise, including experience as "one of the company's top card graders," and describing senior grader Jon Bahner as "one of the top grading experts in the market");

*PSA Profiles: Reza Tabatabai and Steve Van Maanen*, PSA (Mar. 15, 2007), https://www.psacard.com/articles/articleview/4915/psa-profiles-reza-tabatabai-steve-van-maanen (stating that "PSA graders are trained to grade cards from virtually all eras," that "each individual grader has developed their own area of expertise," and that "cards . . . are distributed to graders based on their particular skill and expertise");

*PSA/DNA Professional Model Bat Grading Guide*, PSA, https://www.psacard.com/services/batgradingguide (last visited July 14, 2026) (stating that professional model bats need to show wear "in order for the expert to render an opinion");

*Official Autograph Authentication and Grading Service*, PSA, https://www.psacard.com/services/autographauthentication (last visited July 14, 2026)

2

("[c]ombining decades of experience with cutting-edge authentication techniques"); *PSA Autograph Grading Guide*, PSA, https://www.psacard.com/services/autographgradingprocess (last visited July 14, 2026) ("At PSA, once our experts have determined that an autograph has been enhanced or restored in any way, we cannot assign a grade to it.");

*PSA Autographed Baseball Grading Guide*, PSA, https://www.psacard.com/services/baseballgradingguide (last visited July 14, 2026) ("At PSA, once our experts have determined that a baseball has been enhanced or restored in any way, we cannot assign a grade to it.");

*PSA Grading Standards for Unopened Packs*, PSA (Aug. 7, 2006), https://www.psacard.com/articles/articleview/4770/psa-grading-standards-unopened-packs ("PSA will not grade any pack that has been deemed by the experts to be resealed, repaired or altered in any way.");

*PSA Photograde™ Online - Free PSA Service Lets You Easily Compare Cards' Grades*, PSA (Feb. 25, 2010), https://www.psacard.com/articles/articleview/6096/psa-photograde-online-free-service-lets-easily-compare-cards-grades ("While it's not a substitute for certification of authenticity and grade by PSA experts, it will enhance and enrich the card collecting experience . . . .");

*Meet Kevin Keating - One of the Most Respected Men in the Hobby*, PSA (Sept. 30, 2016), https://www.psacard.com/articles/articleview/9003/meet-kevin-keating-one-most-respected-men-hobby (PSA's president "has worked diligently to assemble a team of the world's foremost authentication and grading experts");

3

*Top Sports Autograph Expert, Mike Gutierrez, Joins PSA Team*, PSA (Sept. 8, 2005),

https://www.psacard.com/articles/articleview/4518/top-sports-autograph-expert-mike-gutierrez-joins-psa-team ("we've assembled an unrivaled group of experts at PSA/DNA");

*PSA Now Offers Dual Grading for Autographed Cards*, PSA (Dec. 28, 2015),

https://www.psacard.com/articles/articleview/8761/psa-now-offers-dual-grading-autographed-cards ("Since 1991, PSA experts have examined and certified more than 25 million trading cards,

autographs and other entertainment and sports memorabilia . . . .");

*PSA Enhances Label Security with Second Barcode and Serial Number*, PSA (Dec. 2, 2015),

https://www.psacard.com/articles/articleview/8742/psa-enhances-label-security-second-barcode-serial-number (same "PSA experts have examined and certified" language); *PSA Enhances*

*Security With New Embedded Hologram*, PSA (Apr. 17, 2015),

https://www.psacard.com/articles/articleview/8533/psa-enhances-security-new-embedded-hologram (same);

*PSA On-Site Trading Card Grading Offered for the First Time Ever at Long Beach Expo*, PSA

(May 15, 2017), https://www.psacard.com/Articles/ArticleView/9209/psa-site-trading-card-grading-offered-first-time-ever-long-beach-expo (same; "over 28 million collectibles");

*Massive Database of Auction Results Unlocked, Free to Collectors*, PSA (Jan. 4, 2018),

https://www.psacard.com/articles/articleview/9416/massive-database-auction-results-unlocked-free-collectors (same; "over 29 million collectibles");

*PSA Reaches Historic Milestone by Certifying Its 30 Millionth Collectible*, PSA (Mar. 22, 2018),

https://www.psacard.com/articles/articleview/9484/psa-reaches-historic-milestone-by-certifying-its-30-millionth-collectible (same; "over 30 million collectibles");

4

*PSA Launches New 'Jumbo Holders' to Encapsulate Photos and Documents*, PSA (Aug. 2, 2018), https://www.psacard.com/articles/articleview/9621/psa-launches-new-jumbo-holders-encapsulate-photos-documents (same);

*PSA Now Uses Red Labels for All Encapsulated Items, Both Signed and Unsigned*, PSA (Jan. 16, 2019), https://www.psacard.com/articles/articleview/9762/psa-now-uses-red-labels-all-encapsulated-items-both-signed-unsigned (same; "over 32 million");

*PSA Expands Into Comic Book and Magazine Grading*, PSA (July 19, 2024), https://www.psacard.com/articles/articleview/11065/psa-expands-into-comic-book-and-magazine-grading ("over three decades of expertise, the world's finest authenticators and graders");

PSA Staff, *Magazine Collecting 101*, PSA (Oct. 3, 2024), https://www.psacard.com/articles/articleview/101/magazine-collecting-101 (same);

*Official Comic Book and Magazine Grading Services*, PSA, https://www.psacard.com/services/comicbooksmagazines (last visited July 14, 2026) ("We are bringing our expertise to comics and magazines by using the industry standard 10-point grading scale . . . .");

*Official Photo Grading and Authentication Services*, PSA, https://www.psacard.com/services/originalphotoauthentication  (last visited July 14, 2026) (stating that a Letter of Opinion "provides an explanation of our experts' findings" and that "[o]ccasionally, our experts cannot express an opinion on a photograph");

*PSA Grading - Now on eBay*, PSA, https://www.psacard.com/info/ebay-grading-add-on (last visited July 14, 2026) ("PSA experts verify it's real—and that the condition matches the listing"; "Just expert authentication, trusted grading, and safe delivery—start to finish.");

5

PSA Staff, *PSA Grading—Now Built Into eBay Checkout*, PSA (Apr. 1, 2025),

https://www.psacard.com/articles/articleview/15161/psa-grading-now-built-into-ebay-checkout

("PSA experts, on behalf of eBay, inspect the card for authenticity and listing accuracy"; "PSA

experts verify authenticity on behalf of eBay, check listing details for accuracy, and ensure

condition is as described.");

*eBay, Collectors Enter into Commercial Agreement, Sign Deals for Acquisition of Goldin by

eBay and Acquisition of eBay vault by PSA*, PSA (Apr. 10, 2024),

https://www.psacard.com/articles/articleview/11054/ ebay-collectors-enter-into-commercial-

agreement-sign-deals-for-acquisition (referring to "PSA's authentication and grading expertise"

and "PSA's grading expertise");

PSA Staff, *PSA to Scale Capacity With Two New Grading Hubs*, PSA (May 30, 2025),

https://www.psacard.com/articles/articleview/15215/psa-to-scale-capacity-with-two-new-

grading-hubs (quoting PSA President Ryan Hoge: "We're building to better accommodate a

growing, global community that counts on PSA's expertise.");

*PSA Backlog Tracker*, PSA, https://www.psacard.com/info/backlog-tracker (last visited July 14,

2026) ("That makes expert authentication, careful grading, and operational discipline more

important than ever.");

 PSA Official, *What are the PSA Grading Standards for Cards?*, YOUTUBE (Apr. 21, 2025),

https://www.youtube.com/watch?v=E9do7O74zM0 ("PSA's expert graders primarily focus on

four things when assessing a card");

PSA Official, *PSA Grading Explained in 55 Seconds*, YOUTUBE (Feb. 7, 2025),

https://www.youtube.com/watch?v=Hlw6IBLODZQ (stating that collectors send items to "the

experts at PSA" to be examined, authenticated, graded, and protected).

**II. Objective / standards-based**

*See PSA's Grading Guide*, PSA, https://www.psacard.com/info/get-started (last visited July 14, 2026) ("PSA has established recognized and respected universal grading standards for trading card collectors using our 10-point grading scale.");

*Grading*, PSA, https://www.psacard.com/services/tradingcardgrading (last visited July 14, 2026) ("Grading is assessing the quality and condition of a trading card using PSA's 10-point grading scale"; "PSA has established recognized and respected universal grading standard for trading card collectors"; explaining that if cards pass authentication, "PSA grades the condition of each card on a scale of 1-10, with 10 being best.");

*Grading*, PSA (Canada), https://www.psacard.com/en-CA/services/tradingcardgrading (last visited July 14, 2026) ("Grading is assessing the quality and condition of a trading card using PSA's 10-point grading scale"; "PSA has established recognized and respected universal grading standard for trading card collectors.");

*Grading Standards*, PSA, https://www.psacard.com/gradingstandards (last visited July 14, 2026) (defining grade levels by stated condition criteria, including a PSA Gem Mint 10's "four perfectly sharp corners, sharp focus and full original gloss," absence of staining, and centering "within a tolerance not to exceed approximately 55/45 percent on the front, and 75/25 percent on the reverse");

*Cert Verification*, PSA, https://www.psacard.com/cert (last visited July 14, 2026) ("PSA guarantees that all trading cards shall be graded in accordance with PSA grading standards and under the procedures of PSA")

*Terms and Conditions of the PSA Authenticity and Grade Guarantee*, PSA, https://www.psacard.com/financialguarantee (last visited July 14, 2026) ("PSA guarantees that

all cards submitted shall be graded in accordance with PSA's authentication and grading standards.");

*PSA Card Authentication and Grading Services*, PSA, https://www.psacard.com/services/additionalservices (last visited July 14, 2026) ("Coins and pins are graded in accordance with PSA's 10-point grading scale"; listing "key elements that PSA graders focus on," including scratches, dents, rust severity, centering, compression, and overall print and manufacturing quality);

*PSA Grading Standards for Unopened Packs*, PSA (Aug. 7, 2006), https://www.psacard.com/articles/articleview/4770/psa-grading-standards-unopened-packs (setting out grading standards for unopened packs); *PSA Autographed Baseball Grading Guide*, PSA, https://www.psacard.com/services/baseballgradingguide (last visited July 14, 2026) (setting out criteria for grading autographed baseballs);

 PSA Official, *What are the PSA Grading Standards for Cards?*, YOUTUBE (Apr. 21, 2025), https://www.youtube.com/watch?v=E9do7O74zM0 (stating that the 10-point grading scale "originally introduced by PSA in July 1991" is "now the industry standard," and describing four card-condition areas PSA graders assess: centering, corners, surface, and edges);

*Grader Notes for Greater Clarity*, PSA, https://www.psacard.com/articles/articleview/11063/grader-notes-for-greater-clarity (last visited July 14, 2026) (identifying primary grading categories as "corners, edges, surface, and centering" and describing defect annotations tied to those categories);

PSA Staff, *PSA Grading—Now Built Into eBay Checkout*, PSA (Apr. 1, 2025), https://www.psacard.com/articles/articleview/15161/psa-grading-now-built-into-ebay-checkout ("A team of PSA graders evaluates the condition of each item on a scale of 1–10.");

*PSA Photograde™ Online - Free PSA Service Lets You Easily Compare Cards' Grades*, PSA (Feb. 25, 2010), https://www.psacard.com/articles/articleview/6096/psa-photograde-online-free-service-lets-easily-compare-cards-grades (stating that PSA Photograde uses "high-resolution images from the PSA digital archives and succinct descriptions of the criteria for each grade in the industry-standard PSA ten-point grading scale");

*Introducing PSA Half Grades - More Precise Grading for Your Cards*, PSA (Jan. 16, 2008), https://www.psacard.com/articles/articleview/5212/introducing-psa-half-grades-more-precise-grading-your-cards (introducing half-point grades as "more precise grading" within PSA's grading scale);

*Official Comic Book and Magazine Grading Services*, PSA, https://www.psacard.com/services/comicbooksmagazines (last visited July 14, 2026) ("PSA created the 10-point grading scale for cards that is now the industry standard"; "PSA utilizes a decimalized numerical scale from 0.3 (Poor) to 10 (Gem Mint) by which to judge the quality and condition of your items.");

Joe Orlando, *Taking My Hacks: Card Grading Standards - Does Age Matter?*, PSA (Nov. 15, 2010), https://www.psacard.com/articles/articleview/6450/taking-my-hacks-card-grading-standards-does-age-matter ("Centering is one of the most objective parts of the grading process," while acknowledging "some degree of subjectivity, or interpretation");

*PSA Expands Autograph Services, Adds Grading and Multi-Signature Items*, PSA (Apr. 7, 2005), https://www.psacard.com/articles/articleview/4388/psa-expands-autograph-services-adds-grading-multi-signature-items (promoting "third-party, unbiased expertise . . . for independent certification," so buyers are "assured that they are paying for the quality they want because an unbiased third-party is evaluating the item, not the seller");

9

John Taube and Vince Malta, *The Objective Subjectivity of Grading*, PSA (Sept. 19, 2006),

https://www.psacard.com/articles/articleview/4788/objective-subjectivity-grading (describing

PSA's "objective approach" by which "the amount of subjectivity exercised by the

authenticator[] is minimized");

*PSA Autograph Grading Guide*, PSA,

https://www.psacard.com/services/autographgradingprocess (last visited July 14, 2026) ("the

approach to grading autographs is intended to be as objective as possible"); *PSA Autograph*

*Grading Standards*, PSA, https://www.psacard.com/services/autographgradingstandards (last

visited July 14, 2026) (setting out grade-by-grade autograph criteria from Gem Mint 10 through

Poor-to-Fair 1).

**III. Reliable / accurate / trusted**

*See About PSA*, PSA, https://www.psacard.com/info/about-psa (last visited July 14, 2026)

("Subject to certain exceptions, the Guarantee assures the accuracy of the grade assigned to any

PSA graded card as long as it remains in its tamper-evident holder"; "Authentication makes for

smooth transactions. No pretenders, no surprises.");

*Terms and Conditions of the PSA Authenticity and Grade Guarantee*, PSA,

https://www.psacard.com/financialguarantee (last visited July 14, 2026) (the Guarantee "is

fundamental to PSA's reputation as the leading third-party authentication and grading service"

and is "PSA's assurance that we stand behind our opinions as to the authenticity and/or grade of

each item we encapsulate"; "PSA guarantees that all cards submitted shall be graded in

accordance with PSA's authentication and grading standards.");

*Grade Explanation*, PSA (Apr. 7, 2026), https://support.psacard.com/s/article/grade-explanation ("To ensure accuracy and impartiality, each submitted card is evaluated by a minimum of two independent PSA graders"; "the final grade assigned is at the discretion of our expert graders.");

*About PSA*, PSA, https://www.psacard.com/info/about-psa (last visited July 14, 2026) (identifying PSA as "the industry leader in third-party authentication and grading of sports and non-sports cards and collectibles" and "the foremost authentication and grading authority for trading cards and memorabilia globally");

*How It Works*, PSA, https://www.psacard.com/info (last visited July 14, 2026) ("A series of graders verify authenticity and evaluate condition using PSA's trusted 10-point grading scale.");

*How It Works*, PSA (Canada), https://www.psacard.com/en-CA/info (last visited July 14, 2026) ("A series of graders verify authenticity and evaluate condition using PSA's trusted 10-point grading scale.");

*Online Submission Center*, PSA, https://www.psacard.com/submit (last visited July 14, 2026) ("Backed by leading expertise and the industry's best customer guarantee, more collectibles are submitted to PSA today than any other authenticator.");

*PSA Grading—Now on eBay*, PSA, https://www.psacard.com/info/ebay-grading-add-on (last visited July 14, 2026) ("Just expert authentication, trusted grading, and safe delivery—start to finish.");

*PSA Pricing and Estimated Turnaround Time Updates*, PSA (Feb. 2026), https://www.psacard.com/info/submission-updates (stating that PSA grades approximately 90,000 cards per day globally "while maintaining consistent standards of accuracy and care," and that the updates are "one step toward ensuring grading remains reliable and predictable as the hobby continues to grow");

11

PSA Staff, *An Update on Pricing and Services at PSA (February 2026)*, PSA (Canada) (Feb. 10, 2026), https://www.psacard.com/en-CA/articles/articleview/15663/grading-services-update-february-2026 (same); *PSA Backlog Tracker*, PSA, https://www.psacard.com/info/backlog-tracker (last visited July 14, 2026) ("That makes expert authentication, careful grading, and operational discipline more important than ever.");

*Grading*, PSA, https://www.psacard.com/services/tradingcardgrading (last visited July 14, 2026) ("PSA is the largest and most respected third-party authentication and grading company in the world for trading cards and memorabilia"; stating that PSA's price guide has "enhanced stability in the marketplace" and that cards are encapsulated in "tamper-evident" cases);

*Trading Card Authentication and Grading*, PSA (Canada), https://www.psacard.com/en-CA/services/tradingcardgrading (last visited July 14, 2026) (same);

*PSA Card Authentication and Grading Services*, PSA,

https://www.psacard.com/services/additionalservices (last visited July 14, 2026) ("PSA is universally recognized and respected as the grading standard for collectors of memorabilia"; "items authenticated and graded by PSA often outperform competitors in verified sales and auctions.");

*PSA Collectibles Authentication and Grading Service*, PSA, https://www.psacard.com (last visited July 14, 2026) ("Enhance your collectibles with PSA, the global leader in authentication and grading.");

PSA Official, *PSA Grading Explained in 55 Seconds*, YOUTUBE (Feb. 7, 2025), https://www.youtube.com/watch?v=Hlw6IBLODZQ (stating that the PSA label "adds credibility" and "gives you more confidence in your collection");

12

PSA Staff, *PSA Grading—Now Built Into eBay Checkout*, PSA (Apr. 1, 2025),

https://www.psacard.com/articles/articleview/15161/psa-grading-now-built-into-ebay-checkout

(stating that PSA authenticators verify "authenticity and stated condition," and that PSA experts

"check listing details for accuracy" and "ensure condition is as described" before grading

proceeds);

*Photograph Authentication Process*, PSA, https://www.psacard.com/services/photoprocess (last

visited July 14, 2026) (stating PSA employs a "four-level Authentication System" "[t]o combat

counterfeiting and provide peace of mind to collectors," and that authenticated memorabilia is

available online for verification).

**IV. Independence / no financial interest**

*See Tips for Collectors*, PSA, https://www.psacard.com/resources/guides (last visited July 14,

2026) ("With impartial, third-party validation, someone other than a seller has offered an opinion

about the item that's up for sale . . . . Unlike the seller, we have no financial stake in the item's

sale. All perceived conflict of interest is eliminated, and so is the risk.");

Joe Orlando, *Top 5 Tips for Internet Buying & Selling*, PSA (July 28, 2010),

https://www.psacard.com/articles/articleview/6318/top-5-tips-internet-buying-selling (stating

that PSA has "no financial interest in the sale" and therefore "there is no conflict of interest

perceived by the buyer anymore");

*Meet Joe Orlando, President of PSA and PSA/DNA Authentication Services*, PSA (Aug. 23,

2010), https://www.psacard.com/articles/articleview/6350/meet-joe-orlando-president-psa-dna-

authentication-services ("As a true third-party service, a company that has no financial interest in

the sale of an item, we render an opinion that holds great weight.");

13

*PSA Expands Autograph Services, Adds Grading and Multi-Signature Items*, PSA (Apr. 7, 2005), https://www.psacard.com/articles/articleview/4388/psa-expands-autograph-services-adds-grading-multi-signature-items (promoting "unbiased third-party" evaluation that is "not the seller");

*eBay, Collectors Enter into Commercial Agreement, Sign Deals for Acquisition of Goldin by eBay and Acquisition of eBay vault by PSA*, PSA (Apr. 10, 2024), https://www.psacard.com/articles/articleview/11054/ebay-collectors-enter-into-commercial-agreement-sign-deals-for-acquisition (evidencing Collectors' commercial integration with a marketplace while touting "PSA's grading expertise");

*See also* PSA Official, *The Security Behind PSA/DNA Autograph Authentication* at 0:54–1:04, YOUTUBE (Sept. 7, 2016), https://www.youtube.com/watch?v=No3acIEeT0k ("we have no financial interest in any of the items that we certify and that is part of what gives us so much credibility");

Joe Orlando, *Sports Memorabilia and Your Kids*, PSA (Oct. 24, 2000), https://www.psacard.com/articles/articleview/2731/sports-memorabilia-your-kids (stating that outside experts have "no financial interest" in the item);

*PSA/DNA Begins Certification of Sports Rings, Trophies & Awards*, PSA (Mar. 3, 2009), https://www.psacard.com/articles/articleview/5624/psa-dna-begins-certification-sports-rings-trophies-awards (quoting Joe Orlando that the "PSA/DNA third-party opinion certification process" provides "stability in the marketplace and peace of mind for buyers and sellers");

*PSA Expands Autograph Services, Adds Grading and Multi-Signature Items*, PSA (Apr. 7, 2005), https://www.psacard.com/articles/articleview/4388/psa-expands-autograph-services-adds-grading-multi-signature-items (stating that "third-party, unbiased expertise" would be available

14

for "independent certification," and that buyers can be assured because "an unbiased third-party is evaluating the item, not the seller");

*Professional Sports Authenticator (PSA) to Begin Authentication of Vintage Autographs*, PSA (Apr. 28, 1999), https://www.psacard.com/articles/articleview/762/professional-sports-authenticator-psa-begin-authentication-vintage-autographs (describing PSA as "the world's largest third-party grading and authentication service of sports cards").

## V.    Criteria Based

*See* PSA Official, *What are the PSA Grading Standards for Cards?*, YOUTUBE (Apr. 21, 2025), https://www.youtube.com/watch?v=E9do7O74zM0 (representing that PSA graders "primarily focus on four things"—centering, corners, surface, and edges—as the defined criteria for grading);

Matt Felumlee, *PSA Changes Grading Standards*, CARDHOUND VINTAGE (Mar. 3, 2025), https://cardhoundvintage.com/psa-changes-grading-standards/ (reporting an undisclosed change to PSA's centering criteria and quoting Collectors CEO Nat Turner's characterization of the change as reflecting no actual change in grading practice);

*Grading Standards*, PSA, https://www.psacard.com/gradingstandards (last visited July 14, 2026) (setting forth purportedly objective numeric centering thresholds for each grade while reserving discretion to permit "a small variance" based on "eye appeal");

*Terms and Conditions of the PSA Authenticity and Grade Guarantee*, PSA, https://www.psacard.com/financialguarantee (last visited July 14, 2026) (warranting contractually that submitted cards "shall be graded in accordance with PSA's authentication and grading standards");

15

*Grading*, PSA, https://www.psacard.com/services/tradingcardgrading (last visited July 14, 2026) (representing that PSA "has established recognized and respected universal grading standard for trading card collectors");

*Grade Explanation*, PSA (Apr. 7, 2026), https://support.psacard.com/s/article/grade-explanation (representing that PSA "has established recognized and respected universal grading standards" using its "10-point grading scale");

Joe Orlando, *Taking My Hacks: Card Grading Standards - Does Age Matter?*, PSA (Nov. 15, 2010), https://www.psacard.com/articles/articleview/6450 (representing that "the same card grading standard is applied" to all cards regardless of age, while conceding that graders "take each issue's characteristics into consideration");

*Introducing PSA Half Grades - More Precise Grading for Your Cards*, PSA (Jan. 16, 2008), https://www.psacard.com/articles/articleview/5212 (announcing that cards must exhibit centering "five to ten percentage points better than the tolerance listed" within a grade to qualify for a half-point increase); Collectors Universe, Inc., *Annual Report (Form 10-K)*, at 4, 7 (Aug. 26, 2020), https://www.sec.gov/Archives/edgar/data/1089143/000149315220016754/form10-k.htm (representing that grading experts assign quality grades "using uniform quality standards" and that quality representations are "based on uniform standards consistently applied by independent, third-party experts");

Collectors Universe, Inc., *Annual Report (Form 10-K)*, at 4-6, 8 (Aug. 28, 2019), https://www.sec.gov/Archives/edgar/data/1089143/000143774919017562/clct20190630_10k.htm (same representations regarding "uniform quality standards" and "uniform standards consistently applied");

Collectors Universe, Inc., *Annual Report (Form 10-K)*, at 8 (Aug. 30, 2018),

https://www.sec.gov/Archives/edgar/data/1089143/000143774918016394/clct20180630_10k.ht

m (representing "uniform quality standards" for grading generally and "uniform grading

standards" specifically for autographs); Collectors Universe, Inc., *Annual Report (Form 10-K)*, at

8 (Aug. 31, 2017),

https://www.sec.gov/Archives/edgar/data/1089143/000143774917015491/clct20170630_10k.ht

m (representing that grading experts assign quality grades "using uniform quality standards").

17